Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−19731−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cecile Martinez−Brown
   323 Hoe Avenue
   Scotch Plains, NJ 07076

Social Security No.:
   xxx−xx−6817

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/5/19 at 10:00 AM

to consider and act upon the following:

*23* – Application re: In Support of Debtor's Request For Entry of A Wage Order Filed by Karen E. Bezner on behalf of Cecile Martinez−Brown. Objection deadline is 11/22/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Bezner, Karen)

*24* – Objection to Debtor's Application for a Wage Order (related document:23 Application re: In Support of Debtor's Request For Entry of A Wage Order Filed by Karen E. Bezner on behalf of Cecile Martinez−Brown. Objection deadline is 11/22/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Cecile Martinez−Brown) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 11/21/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court