**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−19731−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Cecile Martinez−Brown
323 Hoe Avenue
Scotch Plains, NJ 07076

Social Security No.:
xxx−xx−6817

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/5/19 at 10:00 AM

to consider and act upon the following:

*23* − Application re: In Support of Debtor's Request For Entry of A Wage Order Filed by Karen E. Bezner on behalf of Cecile Martinez−Brown. Objection deadline is 11/22/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Bezner, Karen)

*24* − Objection to Debtor's Application for a Wage Order (related document:23 Application re: In Support of Debtor's Request For Entry of A Wage Order Filed by Karen E. Bezner on behalf of Cecile Martinez−Brown. Objection deadline is 11/22/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Cecile Martinez−Brown) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 11/21/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Cecile Martinez-Brown  
    Debtor

Case No. 19-19731-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Nov 21, 2019  
    Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2019.  
db    +Cecile Martinez-Brown,   323 Hoe Avenue,   Scotch Plains, NJ 07076-1134

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2019    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2019 at the address(es) listed below:

    Denise E. Carlon   on behalf of Creditor   The New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2007-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Karen E. Bezner   on behalf of Debtor Cecile Martinez-Brown Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
    Marie-Ann Greenberg   magecf@magtrustee.com  
    Rebecca Ann Solarz   on behalf of Creditor   The New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2007-6 rsolarz@kmllawgroup.com  
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

    TOTAL: 5