# Marie-Ann Greenberg, Chapter 13 Standing Trustee

Home (/main/home.asp)    Settings (https://onlinebillpresentmentandpayment.truist.com/Settings/settings.asp)

**Main Menu**

Payments

Settings

## Welcome Cecile Martinez-Brown

You last visited us on 26 Aug 2022 at 4:47 PM

Make A Payment    Scheduled Payments    Pa

**Online Payment ID**    19197316817

**Marie-Ann Greenberg**    Marie-Ann Greenberg

| ID | Date Created | Status | Type |
|---|---|---|---|
| 8673285 | 26 Aug 2022 4:48 PM | Completed | Single |
| 8668857 | 25 Aug 2022 7:05 AM | Completed | Single |
| 8579158 | 08 Jul 2022 7:17 AM | Completed | Single |
| 8503217 | 01 Jun 2022 7:18 AM | Completed | Single |
| 8451425 | 04 May 2022 7:00 PM | Completed | Single |
| 8349612 | 18 Mar 2022 6:54 AM | Completed | Single |
| 8287148 | 18 Feb 2022 10:34 AM | Completed | Single |