UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Case No.: 19-19731

IN RE:

Adv. No.:

CECILE MARTINEZ-BROWN

Hearing Date:

Judge:  VFP

## CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 09/26/2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
CECILE MARTINEZ-BROWN
323 HOE AVENUE
SCOTCH PLAINS, NJ  07076
Mode of Service:  Regular Mail

Attorney for Debtor(s):
KAREN E. BEZNER,ESQ
567 PARK AVE
SUITE 103
SCOTCH PLAINS, NJ  07076
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  September 26, 2023

By:  /S/  Keith Guarneri
     Keith Guarneri