Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

_____

Case No.:  19−19731−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Cecile Martinez−Brown
    323 Hoe Avenue
    Scotch Plains, NJ 07076

Social Security No.:
    xxx−xx−6817

Employer's Tax I.D. No.:

_____

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/6/24 at 10:00 AM

to consider and act upon the following:

*85 −* Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by
Marie−Ann Greenberg. Objection deadline is 5/28/2024. (Attachments: # 1 30 DAY DEFAULT − PROPOSED
ORDER) (Greenberg, Marie−Ann)

*87 −* Certification in Opposition to Chapter 13 Trustee Certification of Default (related document:85 Certification of
Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg.
Objection deadline is 5/28/2024. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee
Marie−Ann Greenberg) filed by Karen E. Bezner on behalf of Cecile Martinez−Brown. (Bezner, Karen)

Dated: 5/28/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                              Case No. 19-19731-VFP

Cecile Martinez-Brown                                               Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                     User: admin                          Page 1 of 1

Date Rcvd: May 28, 2024                  Form ID: ntchrgbk                    Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Cecile Martinez-Brown, 323 Hoe Avenue, Scotch Plains, NJ 07076-1134 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2024                       Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The New York Mellon FKA The Bank of New York  as Trustee for the Certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2007-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Karen E. Bezner | on behalf of Debtor Cecile Martinez-Brown Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5