| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on June 10, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>   CECILE MARTINEZ-BROWN | Case No.:  19-19731 VFP<br><br>Hearing Date:  6/6/2024 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 10, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): CECILE MARTINEZ-BROWN

Case No.: 19-19731

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 06/06/2024 on notice to KAREN E. BEZNER,ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $1,300.81 to the Trustee's office by 6/30/2024 to pay off the Chapter 13 case or the case will be dismissed with no further Notice to Debtor or Debtor's Attorney.