Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JULY 10, 2024

#### Chapter 13 Case # 19-19731

Re:  CECILE MARTINEZ-BROWN            Atty:  KAREN E. BEZNER,ESQ
323 HOE AVENUE                              567 PARK AVE
SCOTCH PLAINS, NJ  07076                    SUITE 103
                                            SCOTCH PLAINS, NJ  07076

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

### RECEIPTS  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/01/2019 | $600.00 | 3408006 | 09/10/2019 | $600.00 | 3400660 |
| 11/01/2019 | $600.00 | 3401294 | 11/01/2019 | $600.00 | 3401293 |
| 11/18/2019 | $600.00 | 6338186000 | 12/16/2019 | $618.00 | 6403810000 |
| 01/13/2020 | $618.00 | 6473747000 | 02/10/2020 | $618.00 | 6547471000 |
| 03/09/2020 | $618.00 | 6626803000 | 04/06/2020 | $618.00 | 6689797000 |
| 08/24/2020 | $618.00 | 7029515000 | 10/02/2020 | $655.00 | 7130910000 |
| 11/02/2020 | $655.00 | 7198870000 | 01/04/2021 | $655.00 | 7346088000 |
| 01/05/2021 | $655.00 | 19192147687 | 01/25/2021 | $655.00 | 7399965000 |
| 02/22/2021 | $655.00 | 7470099000 | 03/22/2021 | $655.00 | 7540061000 |
| 05/03/2021 | $655.00 | 7638193000 | 06/07/2021 | $655.00 | 7723426000 |
| 06/29/2021 | $655.00 | 7771953000 | 07/26/2021 | $655.00 | 7832972000 |
| 09/13/2021 | $655.00 | 7942204000 | 09/27/2021 | $655.00 | 7969513000 |
| 10/18/2021 | $655.00 | 8019515000 | 12/27/2021 | $655.00 | 8166236000 |
| 01/10/2022 | $655.00 | 8198502000 | 01/24/2022 | $655.00 | 8225900000 |
| 02/22/2022 | $655.00 | 8287148000 | 03/21/2022 | $655.00 | 8349612000 |
| 05/06/2022 | $655.00 | 8451425000 | 06/02/2022 | $655.00 | 8503217000 |
| 07/11/2022 | $655.00 | 8579158000 | 08/26/2022 | $655.00 | 8668857000 |
| 08/29/2022 | $655.00 | 8673285000 | 10/11/2022 | $655.00 | 8757798000 |
| 11/14/2022 | $655.00 | 8826095000 | 12/16/2022 | $655.00 | 8886952000 |
| 01/13/2023 | $655.00 | 8938162000 | 02/06/2023 | $655.00 | 8981274000 |
| 03/09/2023 | $655.00 | 9045161000 | 04/21/2023 | $655.00 | 9123109000 |
| 05/15/2023 | $655.00 | 9167916000 | 06/05/2023 | $655.00 | 9205207000 |
| 07/14/2023 | $655.00 | 9274632000 | 07/27/2023 | $655.00 | 9295005000 |
| 10/03/2023 | $655.00 | 9412107000 | 10/10/2023 | $655.00 | 9421460000 |
| 10/25/2023 | $655.00 | 9447429000 | 12/11/2023 | $655.00 | 9525767000 |
| 02/20/2024 | $655.00 | 9638371000 | 03/04/2024 | $655.00 | 9664274000 |
| 03/19/2024 | $655.00 | 9691072000 | 06/17/2024 | $1,300.81 | 9835221000 |

**Total Receipts: $35,518.81  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $35,518.81**

Chapter 13 Case # 19-19731

# CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,137.54 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 2,010.00 | 100.00% | 2,010.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 498.01 | 100.00% | 229.76 | 268.25 |
| 0002 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 616.99 | 100.00% | 284.65 | 332.34 |
| 0003 | QUANTUM3 GROUP LLC | UNSECURED | 200.91 | 100.00% | 92.69 | 108.22 |
| 0005 | PLAINFIELD POLICE & FIRE FCU | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | PLAINFIELD POLICE AND FIRE FCU | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | THE BANK OF NEW YORK MELLON | MORTGAGE ARRE | 28,633.76 | 100.00% | 28,633.76 | 0.00 |
| 0008 | BANK OF AMERICA NA | UNSECURED | 379.70 | 100.00% | 175.18 | 204.52 |
| 0009 | LVNV FUNDING LLC | UNSECURED | 477.88 | 100.00% | 220.48 | 257.40 |
| 0010 | THE BANK OF NEW YORK MELLON | (NEW) MTG Agree | 538.00 | 100.00% | 538.00 | 0.00 |

Total Paid: $34,322.06
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA NA | | | | | | |
| | 04/15/2024 | $69.91 | 925698 | 05/10/2024 | $105.27 | 927205 |
| CAPITAL ONE BANK (USA), N.A. | | | | | | |
| | 04/15/2024 | $91.69 | 926160 | 05/10/2024 | $138.07 | 927631 |
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | |
| | 04/15/2024 | $113.59 | 8004037 | 05/10/2024 | $171.06 | 8004083 |
| LVNV FUNDING LLC | | | | | | |
| | 04/15/2024 | $87.98 | 926454 | 05/10/2024 | $132.50 | 927894 |
| QUANTUM3 GROUP LLC | | | | | | |
| | 04/15/2024 | $36.99 | 8004036 | 05/10/2024 | $55.70 | 8004087 |
| THE BANK OF NEW YORK MELLON | | | | | | |
| | 11/18/2019 | $294.60 | 838342 | 01/13/2020 | $568.80 | 842097 |
| | 02/10/2020 | $585.86 | 843971 | 03/16/2020 | $1,171.72 | 845925 |
| | 04/20/2020 | $585.86 | 847878 | 05/18/2020 | $556.20 | 849646 |
| | 10/19/2020 | $571.65 | 858729 | 11/16/2020 | $605.88 | 860499 |
| | 12/21/2020 | $605.88 | 862393 | 02/22/2021 | $1,211.76 | 865925 |
| | 03/15/2021 | $605.88 | 867540 | 04/19/2021 | $605.88 | 869420 |
| | 05/17/2021 | $605.88 | 871223 | 06/21/2021 | $615.70 | 873077 |
| | 07/19/2021 | $615.70 | 874796 | 08/16/2021 | $615.70 | 876515 |
| | 09/20/2021 | $615.70 | 878291 | 10/18/2021 | $615.70 | 880022 |
| | 11/17/2021 | $615.70 | 881702 | 12/13/2021 | $622.25 | 883341 |
| | 02/14/2022 | $1,244.50 | 886713 | 03/14/2022 | $622.25 | 888388 |
| | 04/18/2022 | $622.25 | 890158 | 05/16/2022 | $632.08 | 891795 |
| | 06/20/2022 | $632.08 | 893552 | 07/18/2022 | $604.93 | 895177 |
| | 07/18/2022 | $27.15 | 895177 | 08/15/2022 | $27.15 | 896730 |
| | 08/15/2022 | $604.93 | 896730 | 10/17/2022 | $54.29 | 900017 |
| | 10/17/2022 | $1,209.87 | 900017 | 11/14/2022 | $592.40 | 901585 |
| | 11/14/2022 | $26.58 | 901585 | 01/09/2023 | $26.59 | 904615 |
| | 01/09/2023 | $592.39 | 904615 | 02/13/2023 | $53.17 | 906182 |
| | 02/13/2023 | $1,184.79 | 906182 | 03/13/2023 | $26.58 | 907771 |
| | 03/13/2023 | $592.40 | 907771 | 04/17/2023 | $26.59 | 909423 |
| | 04/17/2023 | $592.39 | 909423 | 06/12/2023 | $592.40 | 912437 |
| | 06/12/2023 | $26.58 | 912437 | 07/17/2023 | $52.61 | 913963 |

**Chapter 13 Case # 19-19731**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 07/17/2023 | $1,172.23 | 913963 | 08/14/2023 | $26.30 | 915428 |
| | 08/14/2023 | $586.12 | 915428 | 09/18/2023 | $26.30 | 916966 |
| | 09/18/2023 | $586.12 | 916966 | 11/13/2023 | $1,153.43 | 919844 |
| | 11/13/2023 | $51.77 | 919844 | 12/11/2023 | $25.88 | 921254 |
| | 12/11/2023 | $576.72 | 921254 | 02/12/2024 | $576.72 | 924033 |
| | 02/12/2024 | $25.88 | 924033 | 04/15/2024 | $34.58 | 926959 |
| | 04/15/2024 | $770.46 | 926959 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: July 10, 2024.

Receipts: $35,518.81        -    Paid to Claims: $30,174.52        -    Admin Costs Paid: $4,147.54    =    Funds on Hand: $1,196.75

Unpaid Balance to Claims: $1,170.73    +    Unpaid Trustee Comp: $0.00        =    Total Unpaid Balance: **($26.02)

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.